UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| DUANE SHEFFIELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Nos. 4:13-CV-34-CLC |
| | ) | 4:05-CR-4-CLC-SKL-2 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Before the Court is a pro se motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 filed by Duane Sheffield ("Petitioner") [Doc. 86]. The government filed an initial response on January 26, 2016 [Doc. 96], and Petitioner replied in turn on May 2, 2016 [Doc. 99]. In that reply, Petitioner cites the United States Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015), as a novel ground for collateral relief [*Id.* at 8–12]. To the extent that the reply sets forth a new basis for collateral relief, the Court interprets Petitioner's filing as a motion for leave to amend. Respondent is **ORDERED** to respond the motion within **thirty (30)** days of entry of this order. The Clerk is **DIRECTED** to forward a copy of this Order to Federal Defender Services of Eastern Tennessee. *See* E.D. Tenn. S.O 16-02 (Feb. 11, 2016).

**IT IS SO ORDERED.**

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE